# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

GEORGE JOSHUA HERRERA and
CRYSTAL HERRERA SENA, as
co-personal representative of the WRONGFUL
DEATH ESTATE OF GEORGE HERRERA,

    Plaintiffs,

v.                                               No. 1:21-cv-465-SCY-LF

THE VILLAGE OF ANGEL FIRE
and MARK FITCH, in his individual
capacity,

    Defendants.

## ORDER OF REMAND

Pursuant to the Memorandum Opinion and Order entered concurrently herewith, the Court declines to exercise supplemental jurisdiction over the remaining state-law claims and this matter is remanded to the Eighth Judicial District Court for the State of New Mexico.

_____
STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE